# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

130792

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL ANDRES LEVARIO,
      Defendant-Appellant.

SC: 130792
COA: 266457
Saginaw CC: 04-024623-FH
           04-024624-FH

_____/

      On order of the Court, the application for leave to appeal the December 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

s0920

                    Clerk